IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACQUITA ENGLES AND
JEFFREY ENGLES, Individually and
on behalf of all others similarly situated                                              PLAINTIFFS

v.                            CASE NO. 3:22-CV-00139 LPR

ARCARE                                                                                   DEFENDANT

## ORDER OF TRANSFER

This case raises substantially similar issues to 3:22-cv-00117-BSM and involves related claims.  Judge Miller has agreed to accept a transfer, and that would promote judicial economy.  The Court therefore directs the Clerk to reassign this case to Judge Miller.  GENERAL ORDER NO. 39 § (b)(5).

IT IS SO ORDERED this 21st day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE