IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JACQUITA ENGLES,** *et al.*                                                     **PLAINTIFFS**

**v.**                    **CASE NO. 3:22-CV-00139-BSM**

**ARCARE**                                                                                 **DEFENDANT**

## ORDER

Plaintiffs' motion to remand [Doc. No. 17] is denied because it appears that ARcare is a Public Health Services employee under 42 U.S.C. section 233(a) and is a federal officer or person acting under a federal officer under 28 U.S.C. section 1442.  *See* Deeming Notice, Doc. No. 41-1.  It also appears that ARcare provided proper notice of this lawsuit to the United States Department of Health and Human Services and the U.S. Attorney for the Eastern District of Arkansas, *see* Notice of Removal, Doc. No. 1, Exs. D and E; 42 U.S.C. section 223(l)(2).  *See Doe v. Neighborhood Healthcare*, No. 3:21-cv-01587-BEN-RBB, 2022 WL 17663520 (S.D.Cal., Sept. 8, 2022); *Ford v. Sandhills Med. Found., Inc.*, No. 4:21-cv-02307-RBH, 2022 WL 1810614 (D. S.C. June 2, 2022); *Friedenberg v. Lane Cty.*, No. 6:18-cv-00177-JR, 2018 WL 11352363 (D. Or. May 23, 2018).

Whether the United States should be substituted as the proper defendant will be taken up at a hearing that will be set by separate notice.  42 U.S.C. § 233(l)(2)

IT IS SO ORDERED this 28th day of March, 2023.

                                                                                                        UNITED STATES DISTRICT JUDGE