IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JACQUITA ENGLES,** *et al.*                                                   **PLAINTIFFS**

**v.**                            **CASE NO. 3:22-CV-00139-BSM**

**ARCARE**                                                                **DEFENDANT**

## NOTICE

This case appears to be related to the cases that have been consolidated into *Hale v. ARcare*, 3:22-cv-00117-BSM. This case will be consolidated with those cases unless the parties show cause, within fourteen days, why it should not be consolidated.

IT IS SO ORDERED this 28th day of March, 2023.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE