IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACQUITA ENGLES                                                                                    PLAINTIFF

v.                                         CASE NO. 3:22-CV-00139-BSM

ARCARE                                                                                              DEFENDANT

## ORDER

The parties were given fourteen days show cause why this case should not be consolidated with *Hale v. Arcare*, No. 3:22-cv-00117-BSM, and no responses have been filed. *See* Doc. No. 56. Accordingly, this case is consolidated, and all future filings should be filed in *Hale v. ARcare*, Master File No. 3:22-cv-00117-BSM.

IT IS SO ORDERED this 18th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE